IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GEORGE E. LOVING, JR. and REBECCA LOVING, | ) ) ) | |
| Plaintiffs | ) ) | 4:07CV3068 |
| vs. | ) ) ) | ORDER |
| MICHAEL J. ASTRUE, Commissioner of Social Security Administration, | ) ) ) ) | |
| Defendant. | ) | |

This matter is before the Court on the plaintiffs' motion to proceed *in forma pauperis* (Filing No. 2). The plaintiffs filed affidavits in support of the motion. **See** Filing No. 3, Exhibits 1 and 2. Upon consideration,

**IT IS ORDERED:**

The plaintiffs' motion to proceed *in forma pauperis* (Filing No. 2) is granted; accordingly, the plaintiffs shall be allowed to proceed without payment of the filing fee.

DATED this 9th day of March, 2007.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge