IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GEORGE E. LOVING, JR., and REBECCA LOVING | ) ) ) | CASE NO. 4:07CV3068 |
| Plaintiff, | ) ) | |
| v. | ) ) ) | ORDER |
| MICHAEL J. ASTRUE, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ) ) ) ) | |
| Defendant. | ) | |

The matter before the Court is on the Second Motion of Extension of Time, in which the Plaintiff seeks additional time to file his initial brief.  The Plaintiff asserts in his motion that he understands the Defendant Social Security Administration to have no objection to an enlargement of time.  The Court finds the motion should be granted.

IT IS ORDERED:

1. The Plaintiff's Motion for Enlargement of Time is granted; and

2. The Plaintiff shall file and serve a reply brief on or before September 12, 2007; the Defendant shall file and serve a brief on or before October 12, 2007; and the matter will be ripe for adjudication on October 13, 2007.

DATED this 10th day of August, 2007.

BY THE COURT:

s/Joseph F. Bataillon
United States District Judge